```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        WESTERN DIVISION


TRAVIS DIALS, 16243-171                              PETITIONER

vs.                          CIVIL ACTION NO. 5:12cv54-DCB-MTP

ARCHIE LONGLEY, WARDEN                               RESPONDENT
```

ORDER

    This cause came on this date to be heard upon the Report and Recommendation [docket entry 9] of the United States Magistrate Judge, after referral of hearing by this Court, and on the petitioner's motion to withdraw all pending motions/documents [docket entry 13], and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

    IT IS HEREBY ORDERED that the Report and Recommendation of United States Magistrate Judge Robert H. Walker be, and the same is hereby, adopted as the finding of this Court, and that Petitioner Travis Dials' Petition [1] for a Writ of Habeas Corpus under 18 U.S.C. § 2241 is DENIED and dismissed with prejudice.

    FURTHER ORDERED that the petitioner's motion to withdraw all pending motions/documents is DENIED.

    A separate judgment will be entered herein in accordance with this Order as required by Rule 58 of the Federal Rules of

Civil Procedure.

    SO ORDERED, this the <u>6th </u> day of June, 2013.

                              <u>S/David Bramlette        </u>
                              UNITED STATES DISTRICT JUDGE