IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION


TRAVIS DIALS, 16243-171                                    PETITIONER

vs.                               CIVIL ACTION NO. 5:12cv54-DCB-MTP

ARCHIE LONGLEY, WARDEN                                     RESPONDENT


<u>ORDER</u>


     This cause came on this date to be heard upon the Report and
Recommendation [docket entry 9] of the United States Magistrate
Judge, after referral of hearing by this Court, and on the
petitioner's motion to withdraw all pending motions/documents
[docket entry 13], and the Court, having fully reviewed the
Report and Recommendation of the United States Magistrate Judge
entered in this cause, and being duly advised in the premises,
finds that said Report and Recommendation should be adopted as
the opinion of this Court.

     IT IS HEREBY ORDERED that the Report and Recommendation of
United States Magistrate Judge Robert H. Walker be, and the same
is hereby, adopted as the finding of this Court, and that
Petitioner Travis Dials' Petition [1] for a Writ of Habeas Corpus
under 18 U.S.C. § 2241 is DENIED and dismissed with prejudice.

     FURTHER ORDERED that the petitioner's motion to withdraw all
pending motions/documents is DENIED.

     A separate judgment will be entered herein in accordance
with this Order as required by Rule 58 of the Federal Rules of

Civil Procedure.

SO ORDERED, this the <u>6th</u> day of June, 2013.


<u>S/David Bramlette</u>
UNITED STATES DISTRICT JUDGE